IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: Kimberly Kaye Miller | * | Case No. 17-10511-tmd |
| | * | |
| Debtor | * | Chapter 13 |

## CHANGE OF ADDRESS NOTIFICATION

Please be advised that the above named Debtor has changed her physical address to:

Kimberly Miller
10625 Flamewood Drive
Fort Worth TX 76140

Her mailing address for all correspondence is:

Kimberly Miller
P.O. Box 122
Burleson TX 76097

Respectfully submitted,

/s/ Lee Norton Bain

_____
Lee Norton Bain, SB# 01548500
120 West 8th Street
Georgetown, Texas  78626
PH: (512)-863-2813
FX: (512)-869-5090
leebain@leebainlaw.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

By my signature above, I, Lee Norton Bain, certify that a true and correct copy of this Notice has been or will be served via electronic means as listed on the Court's CM/ECF noticing system, on June 23, 2017.